No. 1881.  El Pueblo, Apelado, *v.* Gil, Apelante.—Corte de Distrito de San Juan, Distrito Segundo.  Adulteración de leche.  Resuelto en marzo 10, 1922.  No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato alguno y no apareciendo de los autos error fundamental, se confirma la sentencia.

No. 1884.  El Pueblo, Apelado, *v.* Ferrer, Apelante.— Corte de Distrito de Arecibo.  Acometimiento y agresión grave.  Resuelto en marzo 13, 1922.  No existe pliego de excepciones ni relación de hechos y tampoco alegato y no apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1885.  El Pueblo, Apelado, *v.* Vázquez, Apelante.— Corte de Distrito de Aguadilla.  Resuelto en marzo 13, 1922.  No existe pliego de excepciones ni relación de hechos y no se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 347.  Alcaide, Peticionario, *v.* Hon. R. Díaz Cintrón, Juez, Demandado.—*Certiorari*.  Resuelto en marzo 16, 1922.  No fundándose la petición en falta de jurisdicción ni en defectos de procedimiento y no estimándose motivo suficiente para librar el auto, que sea más rápido que la apelación, se declara no haber lugar en librar el auto.

No. 2675.  Municipio de Gurabo, Apelado, *v.* Cobb et al., Apelantes. — Corte de Distrito de Humacao.  Resuelto en marzo 16, 1922.  Vista la moción de los apelantes sobre desistimiento de apelación, se resuelve de conformidad y se tiene por desistido.